UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROLLAND WEDDELL, | ) | 3:14-cv-00115-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 21, 2014 |
| | ) | |
| JAMES T. RUSSELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion to Stay Discovery During the Pendency of Defendants' Motion to Dismiss.. (Doc. # 29.) Defendants seek to No response was filed.

After conducting a "preliminary peek" at Defendants' motion [*Trade Bay LLC v. eBay, Inc.*, 278 F.R.D. 597 (D. Nev. 2011], the court concludes there is a reasonable likelihood Defendants' motion (Doc. # 21) will be granted in its entirety, or at the very least, many of Plaintiff's claims will not survive.

Good cause appearing, therefore, Defendants' motion to stay discovery (Doc. # 29) is **GRANTED.**  Discovery is **STAYED** pending further order of the court.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk